Motion DENIED as MOOT.

| | |
|---|---|
| **UNITED STATES OF AMERICA ,** ) | |
| ) | |
| Plaintiff, ) | |
| VERSUS ) | |
| ) | District Court No. 3:10-00163 |
| ) | Judge Trauger |
| **DONALD DOWELL, A/K/A "D-DOW",** ) | |
| Defendant. ) | |

### MOTION OF DEFENDANT, DONALD DOWELL, TO RECONSIDER DETENTION ORDER AND REOPEN DETENTION HEARING

Defendant, Donald Dowell, by and through his undersigned counsel, pursuant to 18 U.S.C. §3142(f), hereby moves this Honorable Court to reconsider the detention order entered on July 6, 2010 (Docket Entry 231), and reopen the detention hearing to consider Defendant's custody pending trial. In support hereof, Defendant states as follows:

1. Defendant, Donald Dowell, was arrested on June 23, 2010, and charged along with several others as being a participant in a conspiracy to participate in racketeering activity. (Docket Entry 3). The government moved to detain the Defendant, alleging that there existed no conditions or combination conditions that would reasonably insure his presence in court or the safety of the community. (Docket Entry 96). A detention hearing was held on July 6, 2010. (Docket Entry 230). At the hearing, the Defendant, through his former legal counsel, waived a detention hearing. The Defendant specifically reserved his right to raise the issue of pre-trial release at a later date. (Docket Entry 231).